**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 98-6883**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ARMANDO DESPAINGNE,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (CR-91-342, CA-98-269-6-13)

―――――――――

Submitted:  August 27, 1998        Decided:  September 18, 1998

―――――――――

Before NIEMEYER and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Armando Despaingne, Appellant Pro Se.  William Corley Lucius, As-
sistant United States Attorney, Greenville, South Carolina, for
Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Despaingne, Nos. CR-91-342; CA-98-269-6-13 (D.S.C. April 13, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2